# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| LESLIE PRINCIPATO, ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO.: 8:20-CV-01593-JSM- |
| v. ) | JSS |
| ) | |
| WHIRLPOOL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, LESLIE PRINCIPATO and Defendant WHIRLPOOL CORPORATION, by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements.

DATED this 9th day of July 2021.

Respectfully submitted,

/s/ _Jesse L. Skipper_
Jesse L. Skipper
Fla. Bar No. 0784990
email: jesse.skipper@skipperlaw.net

JESSE L. SKIPPER, P.A.
1017 Ninth Avenue North St.
Petersburg, FL 33705
Telephone: (727) 896-8781
Facsimile: (727) 823-6792

Attorneys for Plaintiff

By: /s/__*Natalie J. Storch*
Jeffrey B. Jones
Florida Bar No.039950
Natalie J. Storch
Florida Bar No. 269920
LITTLER MENDELSON, P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL 32801.2366
Telephone: 407.393.2900
Facsimile: 407.393.2929

Attorneys for Defendant
Whirlpool Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Natalie J. Storch*
Natalie J. Storch

4826-9488-0236.1 / 026437-1057